# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

DALE EASTERWOOD, STEPHANIE LAYNE-CAMERON, SHAMEKA PLATTE, ORLANDO RIVERA, SHANNON SMITH, EVANGELA BROOKS, MARIA RAMOS and IVORY WRIGHT,

        Plaintiffs,

v.   Case No: 6:19-cv-700-WWB-LRH

SEDGWICK CLAIMS MANAGEMENT SERVICES INC.,

        Defendant.
_____/

## ORDER

THIS CAUSE is before the Court on the parties' Joint Motion for Approval of Settlement (Doc. 393). United States Magistrate Judge Leslie R. Hoffman issued a Report and Recommendation (Doc. 396), in which she recommends that the Motion be granted and that the Court retain jurisdiction pursuant to Local Rule 3.09(b) for a period of time sufficient to permit the parties to effectuate the settlement.

After a de novo review of the record and noting the parties' Joint Notice of Non-objection (Doc. 397), the Court agrees entirely with the analysis in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 396) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval of Settlement (Doc. 393) is **GRANTED**, the parties' agreement is **APPROVED**, and this case is **DISMISSED with prejudice** subject to the right of any party, within 180 days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings.

3. All other pending motions are **DENIED as moot**.

4. The Clerk is directed to close this case.

**DONE AND ORDERED** in Orlando, Florida on June 8, 2021.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record